**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ALEX MAURICIO CARRILLO AGUAGALLO,

     Petitioner,

v.                                  No. 1:26-cv-01880-DHU-LF

TODD BLANCHE, in his official capacity as
Acting Attorney General of the United States;
MARKWAYNE MULLIN, in his official capacity
as Secretary of the Department of Homeland Security;
TODD LYONS, in his official capacity as Acting Director
of United States Immigration and Customs Enforcement;
JOEL GARCIA, in his official capacity as Field Office Director,
U.S. Immigration and Customs Enforcement; and MELISSA ORTIZ,
Acting Warden, Torrance County Detention Facility,

     Respondents.

## ORDER GRANTING MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE

THIS MATTER comes before the Court on Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus Without Prejudice ("Motion"). Doc. 6. In the Motion, Petitioner informs the Court that he has been removed to Ecuador and is, therefore, "no longer in custody for purposes of the relief sought in his Petition." *Id.* at 1. Petitioner further states that, because he is "no longer in custody for purposes of the relief sought in his Petition, [he] respectfully requests dismissal of the Petition without prejudice." *Id.*

The Court finds that Petitioner's Motion is well taken and should be **GRANTED**. Accordingly, IT IS HEREBY ORDERED that Petitioner Alex Mauricio Carrillo Aguagallo's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk's Office may close this civil habeas case.

1

**IT IS SO ORDERED.**

_____

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE